UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD WAYNE GAGE (#310238)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 12-119-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 17, 2012 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED.

Baton Rouge, Louisiana, June 18, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA